IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY JERE SIMPSON, JR.,

    Petitioner,                    No. CIV S-07-2116 FCD EFB P

    vs.

COUNTY OF STANISLAUS,

    Respondent.                  FINDINGS AND RECOMMENDATIONS

                            /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 9, 2007, petitioner submitted two identical applications for a writ of habeas corpus.[1] They were given different case numbers. *See Simpson v. County of Stanislaus*, Case No. 07-2107 LKK CMK P; *Simpson v. County of Stanislaus*, Case No. 07-2116 FCD EFB P. Because the actions are duplicative, petitioner should proceed on the action with the lower case number.

        Accordingly, it is RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days

---

[1] A court may take judicial notice of its own records in other cases. *United States v. Wilson*, 631 F.2d 118, 119-20 (9th Cir. 1980).

1

1 after being served with these findings and recommendations, any party may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
4 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
5 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
6 Dated: October 25, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE